UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRELYS ANAZCO DE LOS SANTOS, individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>HABEBE FASHION, INC. (D/B/A HABIBI FASHION) and JIHAD IGBARA,<br><br>                              Defendants. | 23-CV-2962 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

       This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 18. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:  July 26, 2023
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge