UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MIRELYS ANAZCO DE LOS SANTOS, individually and on behalf of others similarly situated,

        *Plaintiffs*,

-against-

HABEBE FASHION, INC. (D/B/A HABIBI FASHION) and JIHAD IGBARA,

        *Defendants,*
---------------------------------------------------------X

Index No.: 1:23-cv-02962-JGLC

**JUDGMENT**

WHEREAS on or about September 26, 2023, Defendants HABEBE FASHION, INC. (D/B/A HABIBI FASHION) and JIHAD IGBARA extended to Plaintiff MIRELYS ANAZCO DE LOS SANTOS an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Eighty-Five Thousand Dollars and Zero Cents ($85,000.00), and whereas said Plaintiff accepted said offer on or about September 27, 2023.

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Eighty-Five Thousand Dollars and Zero Cents ($85,000.00).

Dated: New York, New York

       September 28, 2023

_____
JESSICA G. L. CLARKE
United States District Judge